IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re:   Loretta Washington | ) | 20 B 14698 |
|  | ) |  |
| Debtor(s), | ) | **Judge Timothy A. Barnes** |
|  | ) |  |

*Notice of Objection*

The Trustee objects to the Motion.

 

Marilyn O. Marshall,
Standing Trustee

/s/ O. Anthony Olivadoti
By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532