UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:   20-14698
LORETTA WASHINGTON  )
 )   Chapter:  13
 )   Honorable Timothy Barnes
 )
 )
Debtor(s)  )

## ORDER EXTENDING AUTOMATIC STAY

This matter coming to be heard on the motion of the Debtor to extend the automatic stay; after due notice having been given and the opportunity for a hearing thereon, the Court being fully advised of the matter herein and pursuant to 11 USC §362(c)(3)(B),

IT IS HEREBY ORDERED THAT:

The automatic stay is extended as to all creditors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 27, 2020

**Prepared by:**

David M. Siegel
ARDC 6207611
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100