## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:   Loretta Washington

Debtor(s)

)       Chapter 13
)       Case No. 20 B 14698
)       Judge Timothy A Barnes

### Notice of Motion

Loretta Washington
1334 W 99th St Apt 1
Chicago, IL 60643

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On October 15, 2020 at 2:30 pm, I will appear before the Honorable Timothy A Barnes, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, September 17, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

### Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1.  Debtor(s) filed for Chapter 13 on 07/29/2020.

2.  The debtor(s) have failed to provide an Affidavit of Compliance.

3.  The debtor(s) have failed to provide copies of all payment advices or other evidence of payment received within 60 days before the date of filing the petition.

4.  The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).

5.  The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

6.  The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors

7.    The debtor(s) have failed to provide required identification and or social security documentation.

8.    The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.


Office of the Chapter 13 Trustee                                     /s/ MARILYN O. MARSHALL
224 S Michigan Ave                                                  MARILYN O. MARSHALL, TRUSTEE
Ste 800
Chicago, IL  60604
(312) 431-1300